UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 16 P 12:43

U.S. DISTRICT COURT
DISTRICT OF MASS.

ABDELHAMID LECHLECH

Petitioner

v.

JOSEPH F. McDonough
- Sheriff of Plymouth
County Jail

Respondent

A# 96 438-203

A. 15.06.2004

APPLICATION FOR FEDERAL WRIT OF
HABEAS CORPUS UNDER 28 USC § 2241

I AM PRESENTLY CONFINED AT THE PLYMOUTH COUNTY JAIL.

THE BASIS OF MY PETITION IS ABOUT CONTINUED DETENTION BY THE DEPARTMENT OF HOMELAND SECURITY.

THE DHS DOES NOT HAVE AUTHORITY TO DETAIN ME INDEFINITELY, THIS MY DETENTION IS UNLAWFUL.

THIS IS BECAUSE MY REMOVAL CANNOT BE COMPLETED IN THE NEAR FUTURE. ZADVYDAS Vs. DAVIS. 533 U.S. 678 (2001)

I WAS ORDERED DEPORTED NOVEMBER 04, APRIL 8, 2004

I HAVE GIVEN THE DHS ALL THE INFORMATION THEY NEED IN ORDER TO GET MY TRAVEL DOCUMENTS. PLACE OF BIRTH, DATE OF BIRTH, YEAR I ENTERED THE UNITED STATES.

MY DETENTION IS IN VIOLATION OF MY RIGHT.
I HAVE EXHAUSTED MY ADMINISTRATIVE REMEDIES BY REQUESTING FOR RELEASE FROM