UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABDEL HAMID LECHLECH,            )
       Petitioner,            )
                                 )  C.A. No. 04-11359-NMG
     v.                         )
                                 )
JOSEPH F. McDONOUGH, SHERIFF     )
OF PLYMOUTH COUNTY,              )
       Respondent.            )

Order of Dismissal

GORTON, D.J.

In accordance with this Court's Memorandum and Order entered March 3, 2005 dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241 for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

BY THE COURT,

/s/ Craig Nicewicz
Deputy Clerk

DATED: March 3, 2005